[No. 11436-8-III.   Division Three.   July 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN LEE "BILL" KNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00102-9, Larry M. Kristianson, J., entered February 22, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11696-4-III.   Division Three.   July 2, 1992.]

MARY LANDRETH-MOORE, ET AL, *Respondents*, v. EMPIRE LUMBER COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01522-2, John A. Schultheis, J., entered June 27, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 12250-6-III.   Division Three.   July 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L. CATRON, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01500-2, Robert N. Hackett, Jr., J., entered February 27, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.